**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TEXAS AUTO SAVE, LLC** | § | **Case No. 26-51089-alt** |
| | § | |
| **SYNERGY CAPITAL AUTO** | § | **Case No. 26-51088-alt** |
| **LENDING, LLC** | § | |
| | § | **Jointly Administered Under** |
| | | **Case No. 26-51089** |

**APPLICATION TO EMPLOY
PAUL MCCLINTOCK AS FINANCIAL CONSULTANT TO THE DEBTOR**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS APPLICATION REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.
IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE,
THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING
HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY
RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY
CLERK, WESTERN DISTRICT OF TEXAS, 615 E. HOUSTON STREET, RM 597 SAN
ANTONIO, TEXAS 78205. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN
SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF
THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE
HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Texas Auto Save, LLC, and Synergy Capital Auto Lending, LLC, the above-captioned debtors and debtors-in-possession (together, the "Debtors"), by and through their undersigned proposed attorneys, hereby files this A*pplication to Employ Paul McClintock as the Financial Consultant to the Debtors* (the "Application"). In support of the Application, the Debtors rely upon the Declaration of Paul McClintock in Support of Application to Employ Paul McClintock as Financial Consultant to the Debtors (the "McClintock Declaration") attached hereto as Exhibit A. The Debtors present the Application and respectfully represent the following:

1

## I.    JURISDICTION, VENUE, AND BACKGROUND

1.     This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are Sections 105(a), 363(b), 327 and 330 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014 of the Local Rules of Bankruptcy Procedure for the Western District of Texas.

3.     On April 25, 2026, Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Code").

4.     Debtors have continued to manage and operate its business as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

5.     Attached hereto is the proposed order on the Application.

6.     Debtors have selected this consultant because of his experience and knowledge in matters of this character, and the Debtors believe this consultant is well qualified to represent the Debtors, as debtors in possession, in this case. Furthermore, it is necessary for the Debtors, as debtors in possession, to employ the Financial Consultant for such professional services.

## II.    RELIEF REQUESTED

7.     By this Application, pursuant to sections §§ 363(b), 327(a) and 328 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, Debtors seek to employ Mr. McClintock as Financial Consultant to the Debtors in the above-referenced Chapter 11 Case. The contact information for Mr. McClintock is:

> Attn: Mr. Paul McClintock
> 18115 Apache Springs Dr.,
> San Antonio, Texas 78259
> paul55@dpr-group.com

2

TEL: 210-386-9564

8.      Mr. McClintock is well suited to be the Financial Consultant to the Debtors.  Mr. McClintock is a former CPA with at least 15 years experience working in the Debtors' industry, which will enable the Debtors to effectively and fully execute duties as debtors-in-possession.  The Debtors believe that Mr. McClintock is well qualified to provide advice to Debtors on many financial issues involved in the Chapter 11 Case based on his experience and capabilities.

9.      Pursuant to the engagement letter attached as Exhibit B, the Debtors presently contemplates that the financial consulting services to be provided to the Debtors and the estates by Mr. McClintock will include, without limitation, the following:

a.      Assist the Client and its counsel with general matters related to a restructuring and contemplated chapter 11 proceeding, including but not limited to case strategy development, data gathering, financial analysis, and first day motion preparation, as needed;

b.      Assist the Client with bankruptcy required reporting, including Monthly Operating Reports (MOR);

c.      Assist the Client and its counsel to obtain court approval for debtors-in-possession financing, if needed;

d.      Assist the Client to develop and maintain thirteen-week cash forecasts and any budget-to-actual reporting or other reporting as may be required by potential debtors-in-possession financing;

e.      Support the development of the Plan of Reorganization development, including financial projections, liquidation analysis, claims analysis and reconciliation, and other analysis, as needed; and

f.      Other services as may be agreed upon between McClintock and Client.

10.     It is necessary that the Debtors employ a Financial Consultant to render the foregoing professional services.

11.     Mr. McClintock has stated his desire and willingness to act as Financial Consultant and render the necessary professional services.

## III.     CONNECTIONS AND LACK OF CONFLICTS

### A.      CONNECTIONS WITH THE DEBTOR

3

12.	In preparation of this Application, the Debtors reviewed the McClintock Declaration.  The only potential conflicts are that Mr. McClintock consulted with affiliates of Debtors in their bankruptcy cases and that Westlake  has sued Mr. McClintock related to his activities as a consultant to the Debtors.[1]

13.	Based on this information, the Debtors is unaware of any circumstances where Mr. McClintock has a current connection with the Debtors that would disqualify Mr. McClintock from providing financial consulting services to the Debtors in these Cases.  To the best of the Debtors' knowledge and belief, Mr. McClintock has no relationship that presently causes a disqualification, an actual conflict of interest, or otherwise rendering Mr. McClintock ineligible to serve as Financial Consultant to the Debtors.  Accordingly, the Debtors believe Mr. McClintock's engagement to provide financial consulting services to the Debtors in this Case is permissible under the Bankruptcy Code and is in the best interest of the estates and all parties in interest.

B.	**CONNECTIONS WITH CREDITORS AND OTHER PARTIES IN INTEREST**

14.	Based on the information contained in the McClintock Declaration, the Debtors are unaware of any circumstances where Mr. McClintock has a connection with the Debtors' creditors and/or other parties in interest in this Case that would disqualify Mr. McClintock from providing financial advisory services to the Debtors in this Case.  Mr. McClintock has disclosed prior affiliates with the Debtors in his disclosures and does not believe those prior relationships disqualify him from serving as Financial Consultant to the Estate.

---

[1] As part of its lawsuit against the guarantors of Texas Auto Saves, LLC, Westlake Capital Financial, LLC also filed suit against Mr. McClintock in a completely harassing manner to try and force Mr. McClintock to no longer assist the entity.

15.     Mr. McClintock will conduct an ongoing review of his files to assure that no actual conflict or other disqualifying circumstances exist.  If any new facts or relationships are discovered, Mr. McClintock will supplement the McClintock Declaration accordingly.

16.     Mr. McClintock providing accounting services to the Debtors in this case does not hold or represent an interest adverse to the estates and Mr. McClintock is a disinterested person under 11 U.S.C. § 101(14).

### IV.     COMPENSATION TERMS

17.     Mr. McClintock has agreed to provide the accounting services as described herein. For this matter, the accounting services will be provided by Paul McClintock, Managing Director, at a rate of $200.00 per hour.  Additional resources may be added as needed, with advance consent by Debtors.

18.     In addition to the foregoing fees, the Debtors will also reimburse Mr. McClintock for reasonable out-of-pocket expenses.  The expenses charged to the Debtors may include, among other things, photocopying, courier fees, postage, travel expenses and such other out-of-pocket costs that may be reasonably necessary in the rendition of financial advisory services.  Mr. McClintock will charge the estate for expenses in a manner and at rates consistent with charges made generally to Mr. McClintock's other clients and consistent with the applicable Bankruptcy Local Rules and United States Trustee guidelines.

19.     Mr. McClintock's compliance with the requirements of §§ 327, 328, 330, and 504 of the Bankruptcy Code, and Bankruptcy Rule 2014 are set forth in detail in the McClintock Declaration.

WHEREFORE, the Debtors respectfully request that the Court enter an Order approving the Application to Employ Paul McClintock, as the Financial Consultant to Debtors, authorizing

the employment of the Paul McClintock, effective as of April 25, 2026, as set forth above and granting such other relief as is just and proper.

Dated: May 22, 2026

Respectfully Submitted,


By: /s/ *Alex Sinno*
Texas Auto Save, LLC, and Synergy Capital Auto Lending, LLC

THE SMEBERG LAW FIRM, PLLC
By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS